```
RECEIPT # _____
AMOUNT $ _____1,17___ USA
SUMMONS ISSUED _____
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK. _____py___
DATE _____3-10-05_____
```

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CITIMORTGAGE, F/K/A CITICORP )
MORTGAGE, INC., )
 )
      Plaintiff, )   Civil No. _____
 )
v. )
 )
RICHARD T. COUSINS, ROBERTA L. )
COUSINS, COMMONWEALTH OF )
MASSACHUSETTS DEPARTMENT OF )  05 - 1     PBS
REVENUE, and THE UNITED STATES OF )
AMERICA, )
 )
      Defendants. )
                                       MAGISTRATE JUDGE _____

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully states as follows:

1. The United States of America has been named as a defendant to the civil action that is now pending in the Superior Court Department, Essex County, for the Commonwealth of Massachusetts, entitled <u>CitiMortgage, f.k.a. Citicorp Mortgage, Inc. v. Richard Cousins, et al.</u>, Case No. 05-0172.

2. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§ 1441, 1442 and/or 1444.

3. No prior removal of this action has been attempted.

4. The removal of this action is timely under the provisions of 28 U.S.C. §1446(b) as the United States has thirty days from the date of service to remove to federal court.

- 2 -

5. Copies of all pleadings received by the defendant United States in this proceeding are attached hereto.

                                                    Respectfully submitted,

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

**March 10, 2005**

                                                    MICHAEL J. SULLIVAN
                                                    United States Attorney

                                                    BARBARA HEALY SMITH
                                                    Assistant United States Attorney

*/s/ Lydia Bottome Turanchik*
LYDIA BOTTOME TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

*/s/ Barbara Healy Smith*
BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

(TO PLAINTIFF'S ATTORNEY: *Please Circle Type of Action Involved:* - TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER.)

# COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss.

**B**

SUPERIOR COURT
CIVIL ACTION
No. 5-0172

CitiMortgage, Inc. f/k/a CitiCorp Mortgage, Inc._____, Plaintiff(s)

v.

Richard T. Cousins, Roberta L. Cousins, Commonwealth__, Defendant(s)
of MA DOR and the United States of America

## SUMMONS

To the above named Defendant:    The United States of America

You are hereby summoned and required to serve upon ___Raymond C. Pelote, Harmon Law Offices, P.C.___,

plaintiff's attorney, whose address is ___150 California St. Newton, MA 02458___, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at

___Essex___ either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

### Barbara J. Rouse

WITNESS, ~~████████~~ Esquire, at Salem, the   seventh
day of    February    , in the year of our Lord two thousand    five

*Thomas H. Driscoll Jr.*
Clerk

NOTICE TO DEFENDANT - You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

# Commonwealth of Massachusetts
## County of Essex
## The Superior Court

CIVIL DOCKET# ESCV2005-00172-B

RE: Citimortgage Inc v Cousins et al

TO: Raymond C Pelote, Esquire
Harmon Law Offices P C
150 California Street
Newton, MA 02458

## TRACKING ORDER - X TRACK

You are hereby notified that this case is on the **accelerated (X) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
|---|---|
| Service of process made and return filed with the Court | 05/01/2005 |
| Response to the complaint filed (also see MRCP 12) | 06/30/2005 |
| Firm trial date set | 07/30/2005 |
| Case disposed | 08/29/2005 |

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to session B sitting in **CtRm 1 (Newburyport)** at Essex Superior Court.

Dated: 01/31/2005

Thomas H. Driscoll Jr.
Clerk of the Courts

BY: JoDee Doyle - Sheila Gaudette
Assistant Clerk

Location: CtRm 1 (Newburyport)
Telephone: (978) 462-4474

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website as to status of case: http://ma-trialcourts.org/tcic

cvdtracx_2.wpd 523499 inidoc01 exarhose

| CIVIL ACTION COVER SHEET | DOCKET NO(S) 05-0172 | Trial Court of Massachusetts Superior Court Department County: Essex |  |

PLAINTIFF(S)
CitiMortgage, Inc. f/k/a Citicorp Mortgage, Inc.

DEFENDANT(S)
Richard T. Cousins, Roberta L. Cousins, Commonwealth of Massachusetts Department of Revenue and The United States of America

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE
Raymond C. Pelote, Harmon Law Offices, P.C., 150 California Street, Newton, MA 02458 (617) 558-0500

ATTORNEY (if known)

Board of Bar Overseers number: 655475

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| E99 | Interpleader | ( X ) | ( ) Yes  ( X ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

Documented medical expenses to date:
1. Total hospital expenses ............................................. $ ..........
2. Total Doctor expenses ............................................. $ ..........
3. Total chiropractic expenses ........................................ $ ..........
4. Total physical therapy expenses .................................... $ ..........
5. Total other expenses (describe) .................................... $ ..........
                                                       Subtotal $ ..........
Documented lost wages and compensation to date ........................ $ ..........
Documented property damages to date .................................. $ ..........
Reasonably anticipated future medical and hospital expenses ........... $ ..........
Reasonably anticipated lost wages ..................................... $ ..........
Other documented items of damages (describe) .......................... $ ..........

Brief description of plaintiff's injury, including nature and extent of injury (describe)

$ ..........
TOTAL $ 55,975.94

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
Plaintiff is holding surplus funds that it would like to pay into Court. Plaintiff further requests that it be discharged from any further obligation involving this matter.

TOTAL $ 55,975.94

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____ DATE: 1/28/05

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

COMMONWEALTH OF MASSACHUSETTS

ESSEX, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. 05-0172

CITIMORTGAGE, INC. F/K/A CITICORP MORTGAGE, INC.,

Plaintiff,

v.

RICHARD T. COUSINS, ROBERTA L. COUSINS, COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE AND THE UNITED STATES OF AMERICA,

Defendants.

## COMPLAINT IN INTERPLEADER
(Mortgage Foreclosure Surplus Proceeds)

### INTRODUCTION

This action is being brought after a foreclosure sale on a property at 137 Bray Street, Gloucester, Massachusetts, 01930. CitiMortgage, Inc. f/k/a Citicorp Mortgage, Inc., the foreclosing mortgagee, is currently holding surplus funds that it would like to pay into Court. CitiMortgage, Inc. f/k/a Citicorp Mortgage, Inc. further requests that it be discharged from any further obligation involving this matter.

In the above action, CitiMortgage, Inc. f/k/a Citicorp Mortgage, Inc. respectfully represents:

## PARTIES

1. The Plaintiff, CitiMortgage, Inc. f/k/a Citicorp Mortgage, Inc., (hereinafter referred to as "CitiMortgage") is a corporation having its usual place of business at 1000 Technology Drive, O'Fallon, MO 63304.

2. The Defendant, Richard T. Cousins, is upon information and belief, an individual with a last known address of 137 Bray Street, Gloucester, MA 01930.

3. The Defendant, Roberta L. Cousins, is upon information and belief, an individual with a last known address of 137 Bray Street, Gloucester, MA 01930.

4. The Defendant, The Commonwealth of Massachusetts Department of Revenue, is upon information and belief, a state agency with a usual business address of 100 Cambridge Street, Boston, MA 02114.

5. The Defendant, The Unites States of America, is upon information and belief, a federal agency with a usual business address of P.O. Box 9112, Stop 20800, JFK Federal Building, Boston, MA 02203.

## FACTS

6. The Plaintiff, CitiMortgage, was the holder of a first mortgage given by Richard T. Cousins and Roberta L. Cousins to Citicorp Mortgage, Inc., dated and recorded September 20, 1989 in the Essex County (Southern District) Registry of Deeds in Book 10162 at Page 56, securing the real estate located at 137 Bray Street, Gloucester, MA 01930 ("the property").

7. On November 30, 2004, CitiMortgage foreclosed on the mortgaged property by public auction.

8. The mortgaged property was sold to a third party for $147,000.00.

2

9. After satisfaction of the indebtedness to the Plaintiff, including costs of foreclosure and sale, accrued interest and late charges in the aggregate sum of $91,024.06, there is surplus now held by the Plaintiff in the amount of $55,975.94. See Exhibit "A" attached hereto.

10. The following persons and entities appear of record to be all of the persons or entities having an interest in said funds held by CitiMortgage, to wit:

   (a) The Defendant, Richard T. Cousins, is the former holder of the equity of redemption.

   (b) The Defendant, Roberta L. Cousins, is the former holder of the equity of redemption.

   (c) The Defendant, The Massachusetts Department of Revenue, is the holder of a state tax lien dated and recorded September 15, 1995 in the Essex County (Southern District) Registry of Deeds in Book 13191 at Page 460 in the original amount of $230,938.97.

   (d) The Defendant, The United States of America, is the holder of a federal tax lien dated October 16, 1998 and recorded October 29, 1998 in the County (Southern District) Registry of Deeds in Book 15195 at Page 138 in the original amount of $212,303.48.

   (e) The Defendant, The Massachusetts Department of Revenue, is the holder of a state tax lien dated and recorded September 27, 2000 in the Essex County (Southern District) Registry of Deeds in Book 16582 at Page 302 in the original amount of $20,460.16.

(f)  The Defendant, The Massachusetts Department of Revenue, is the holder of a state tax lien dated and recorded January 28, 2002 in the Essex County (Southern District) Registry of Deeds in Book 18237 at Page 167 in the original amount of $26,775.42.

## COUNT ONE

## (DECLARATORY JUDGMENT)

11. CitiMortgage repeats and alleges Paragraph 1 through 10 and incorporates herein by reference.

12. CitiMortgage believes that it runs a risk that adverse claims to the surplus proceeds may be made by Defendants in this action.

13. CitiMortgage is unaware of the respective rights of the Defendants and is unable to determine to whom the funds are justly due and payable.

14. CitiMortgage's only claim in interest in the surplus proceeds is to have the costs and expenses that are associated with this action paid from the surplus proceeds. CitiMortgage has at all times been willing to pay the surplus to such entities or persons as should lawfully be entitled to received the same and to whom CitiMortgage could safely and without hazard to itself pay the same and CitiMortgage hereby offers to transfer the surplus to this Court at such time and under such conditions as the Court may Order and Direct.

**WHEREFORE**, the Plaintiff, CitiMortgage, Inc. f/k/a Citicorp Mortgage, Inc. prays that:

1. The said Defendants be ordered to appear and present their claims, if any, to the surplus funds;

4

2. That the Plaintiff be allowed its costs, expenses and attorney's fees in this Interpleader Action;

3. That the Plaintiff be permitted to pay all surplus funds held by it in the amount of $55,975.94, less its fees and costs incurred in this Interpleader Action, into this Court;

4. That the rights of the Defendants herein named be determined by this Court as to the surplus funds paid into the Court;

5. That this action be discontinued and dismissed as to the Plaintiff, it being merely a stakeholder and having no interest in said funds; and

6. For such other and further relief as this Court deems just and proper.

CITIMORTGAGE, INC. F/K/A
CITICORP MORTGAGE, INC.,
By its Attorneys,

Raymond C. Pelote
BBO#: 655475
David M. Rosen
BBO#: 552866
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
MAILING ADDRESS:
P.O. Box 610389
Newton Highlands, MA 02461-0389
(617) 558-0500

January 28, 2005

5

## EXHIBIT "A"

SUCCESSFUL BID:            $ 147,000.00

PAYMENT TO CITIMORTGAGE:   $  91,024.06

SURPLUS FUNDS:             $  55,975.94

**05 - 10449 PBS**

JS 44 (Rev. 3/99)    CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**APPENDIX B   CIVIL COVER SHEET**

**(a) PLAINTIFFS**
CITIMORTGAGE, F/K/A CITICORP

**DEFENDANTS**
UNITED STATES, et al.,

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Raymond C. Pelote, Esq.
150 California Street
Post Office Box 610389
Newton, Massachusetts 02458

Attorneys (If Known)
Lydia B. Turanchik, Trial Attorney, Tax Div.
U.S. Department of Justice, P.O. Box 55
Ben Franklin Station
Washington, DC 20044

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☒ 870 Taxes (U.S. Plaintiff or Defendant) |  |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property |  / ☐ 550 Civil Rights |  |  | ☐ 890 Other Statutory Actions |
|  |  / ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☐ 1  Original Proceeding
☒ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from another district (specify)
☐ 6  Multidistrict Litigation
☐ 7  Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 U.S.C. Section 2410

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions)
JUDGE _____    DOCKET NUMBER _____

SIGNATURE OF ATTORNEY OF RECORD
_____

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

Service List

Raymond C. Pelote, Esq.
Harmon Law Offices, P.C.
150 California Street
Post Office Box 610389
Newton, Massachusetts 02458

Richard T. Cousins
137 Bray Street
Gloucester, Massachusetts 01930

Roberta L. Cousins
137 Bray Street
Gloucester, Massachusetts 01930

Massachusetts Department of Revenue
Litigation Bureau
P.O Box 9565
100 Cambridge Street
Boston, Massachusetts 02114

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

APPENDIX C LOCAL COVER SHEET

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) __CitiMortgage v. Richard Cousins, et al__

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ___  I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ___  II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ___  III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.

   _X_  IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.

   ___  V.    150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(G)). IF MORE THAN ONE PRIOR RELATED CASE HAS BEEN FILED IN THIS DISTRICT PLEASE INDICATE THE TITLE AND NUMBER OF THE FIRST FILED CASE IN THIS COURT.
   _____

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
                                                              YES ☐    NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC INTEREST? (SEE 28 USC §2403)
                                                              YES ☐    NO ☒
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
                                                              YES ☐    NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC §2284?
                                                              YES ☐    NO ☒

7. DO ALL OF THE PARTIES IN THIS ACTION, EXCLUDING GOVERNMENTAL AGENCIES OF THE UNITED STATES AND THE COMMONWEALTH OF MASSACHUSETTS ("GOVERNMENTAL AGENCIES"), RESIDING IN MASSACHUSETTS RESIDE IN THE SAME DIVISION? - (SEE LOCAL RULE 40.1(D)).
                                                              YES ☒    NO ☐

   A.  IF YES, IN WHICH DIVISION DO ALL OF THE NON-GOVERNMENTAL PARTIES RESIDE?
       EASTERN DIVISION ☐    CENTRAL DIVISION ☐    WESTERN DIVISION ☒

   B.  IF NO, IN WHICH DIVISION DO THE MAJORITY OF THE PLAINTIFFS OR THE ONLY PARTIES, EXCLUDING GOVERNMENTAL AGENCIES, RESIDING IN MASSACHUSETTS RESIDE?
       EASTERN DIVISION ☒    CENTRAL DIVISION ☐    WESTERN DIVISION ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME  __Lydia B. Turanchik, Trial Attorney, Tax Division__
ADDRESS  __P.O. Box 55, Ben Franklin Station, Washington, DC 20044__
TELEPHONE NO. __(202) 307-6560__

(AppendixC.wpd - 11/27/00)