UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIMORTGAGE,<br>f/k/a CitiCorp Mortgage, Inc.<br><br>Plaintiff,<br><br>v.<br><br>RICHARD T. COUSINS;<br>ROBERTA L. COUSINS;<br>COMMONWEALTH OF MASSACHUSETTS<br>DEPARTMENT OF REVENUE; and<br>UNITED STATES OF AMERICA,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)     CIVIL ACTION<br>)     NO.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the defendant, United States of America. Attorney Lydia Bottome Turanchik will remain as lead counsel for the defendant in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

March 10, 2005
_____
Assistant U.S. Attorney