IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

CITIMORTGAGE, F/K/A CITICORP
MORTGAGE, INC.,

   Plaintiff,

  v.

RICHARD T. COUSINS, ROBERTA L.
COUSINS, COMMONWEALTH OF
MASSACHUSETTS DEPARTMENT OF
REVENUE, and THE UNITED STATES OF
AMERICA,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. _____

## UNITED STATES' NOTICE OF APPEARANCE

Please enter the appearance of Lydia Bottome Turanchik, Trial Attorney, Tax Division,

U.S. Department of Justice, Post Office Box 55, Ben Franklin Station, Washington, D.C. 20044,

as attorney for the United States in the above-referenced proceeding.

I hereby certify that a true copy of the
above document was served upon (each party
appearing pro se and) the attorney of record
for each other party by mail on

**March 10, 2005** .

BARBARA HEALY SMITH
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

LYDIA BOTTOME TURANCHIK
 (BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov