

ALAN LEBOVIDGE
COMMISSIONER

KEVIN W. BROWN
GENERAL COUNSEL

*The Commonwealth of Massachusetts*
*Department of Revenue*
*Legal Division —Litigation Bureau*
*P.O. Box 9565*
*100 Cambridge Street*
*Boston, Massachusetts  02114-9565*

March 16, 2005

Mr. Tony Anastas, Clerk
U.S. District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts  02110

Re:  <u>CitiMortgage, Inc. f/k/a CitiCorp Mortgage, Inc. v. Richard T. Cousins, et al,</u>
     U.S. District Court C.A.No. 05-10449-PBS

Dear Mr. Driscoll:

    Enclosed please find for filing the Defendant, the Massachusetts Commissioner of Revenue's Disclaimer of Interest and Certificate of Service in the above-entitled action.

                            Sincerely,

                            Eileen Ryan McAuliffe
                            Counsel to the Commissioner
                            (617) 626-3217

Enclosures
**188786/ERM**

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **CITIMORTGAGE, INC.,** | ) |
| | ) C.A. No. 05-10449-PBS |
| **Plaintiff** | ) (Formerly 2005-0172-B |
| v. | )  Essex County Superior Court |
| | )  Massachusetts) |
| **RICHARD T. COUSINS, ROBERT L. COUSINS, COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE AND THE UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Defendants** | ) |

## DISCLAIMER OF INTEREST

The Commonwealth of Massachusetts Commissioner of Revenue disclaims any interest in the above-captioned action but maintains the Commonwealth's right to pursue any actions it might have against the defendant.

        Respectfully submitted,

        ALAN LEBOVIDGE
        COMMISSIONER OF REVENUE
        By his attorney,

        __s/s Eileen RyanMcAuliffe__
        Eileen Ryan McAuliffe
        BBO No. 435260
        Counsel for the Commissioner
        Department of Revenue
        Litigation Bureau
        P.O. Box 9565
        Boston, Massachusetts 02114-9565
        (617) 626-3217

Dated:  March 16, 2005
188786/ERM

.

Case 1:05-cv-10449-PBS    Document 5    Filed 03/16/2005    Page 5 of 8

Case 1:05-cv-10449-PBS    Document 5    Filed 03/16/2005    Page 7 of 8

## **CERTIFICATE OF SERVICE**

I, Eileen Ryan McAuliffe, hereby certify that I have served a copy of the within Disclaimer of Interest upon the following parties, by first-class mail, postage pre-paid:

>Attorney Raymond C. Pelete
>Harmon Law Offices, P.C.
>P.O. Box 610389
>Newton Highlands, MA 02461-0389
>
>Attorney Lydia Bottome Turanchik
>U.S. Department of Justice
>Civil Trial Section
>P.O. Box 55
>Ben Franklin Station
>Washington, D.C. 20044

_____
**Eileen Ryan McAuliffe**

**DATED:  March 16, 2005**

**#188786/ERM**