UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CITIMORTGAGE, INC., <br> f/k/a CITICORP Mortgage, Inc., <br><br> Plaintiff, <br><br> v. <br><br> RICHARD T. COUSINS, et al., <br><br> Defendants. | CIVIL ACTION <br> No. 05-10449-PBS |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk/Magistrate of the Essex Superior Court, were filed with the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: /s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U. S. Attorney
U.S. Courthouse - Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on March 24, 2005
/s/ Barbara Healy Smith
Assistant U.S. Attorney

**Commonwealth of Massachusetts**
**ESSEX SUPERIOR COURT**
Case Summary
Civil Docket

RECEIVED
U.S. ATTORNEY

## ESCV2005-00172
### Citimortgage Inc v Cousins et al

| | | | | |
|---|---|---|---|---|
| **File Date** | 01/31/2005 | **Status** | Disposed: transfered to other court (dtrans) | |
| **Status Date** | 03/11/2005 | **Session** | B - Civil-CtRm 1 (Newburyport) | |
| **Origin** | 1 | **Case Type** | E99 - Miscellaneous | |
| **Lead Case** | | **Track** | X | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 05/01/2005 | **Answer** | 06/30/2005 | **Rule12/19/20** | |
| **Rule 15** | | **Discovery** | | **Rule 56** | |
| **Final PTC** | 07/30/2005 | **Disposition** | 08/29/2005 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
Citimortgage Inc
Active 01/31/2005

**Private Counsel** 655475
Raymond C Pelote
Harmon Law Offices P C
150 California Street
Newton, MA 02458
Phone: 617-558-0500
Active 01/31/2005 Notify

**Alias defendant name**
f/k/c Citicorp Mortgage Inc
Active 01/31/2005

**Defendant**
Richard T Cousins
Served: 02/15/2005
Answered: 03/07/2005
Answered 03/07/2005

**Private Counsel** 178310
J Michael Freedberg
14 May Street
Salem, MA 01970
Phone: 978-741-4417
Fax: 978-741-4473
Active 03/07/2005 Notify

**Defendant**
Roberta L Cousins
Served: 02/15/2005
Answered: 03/07/2005
Answered 03/07/2005

\*\*\* See Attorney Information Above \*\*\*

MAS-20041213    Case 1:05-cv-10449-PBS   Document 7   Filed 03/24/2005   Page 3 of 3    03/16/2005
collins                         Commonwealth of Massachusetts                            08:54 AM
                                    ESSEX SUPERIOR COURT
                                        Case Summary
                                        Civil Docket

### ESCV2005-00172
### Citimortgage Inc v Cousins et al

| Defendant | Private Counsel 435260 |
|---|---|
| Commonwealth of Revenue and the United of America<br>Served: 02/14/2005<br>Answered: 03/04/2005<br>Answered 03/11/2005 | Eileen Ryan McAuliffe<br>Mass Revenue Dept<br>100 Cambridge Street<br>PO Box 9565<br>Boston, MA 02114-9565<br>Phone: 617-626-3217<br>Fax: 617-626-3245<br>Active 02/18/2005 Notify<br><br>*** See Attorney Information Above *** |

**ENTRIES**

| Date | Paper | Text |
|---|---|---|
| 01/31/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 01/31/2005 |  | Origin 1, Type E99, Track X. |
| 02/18/2005 | 2.0 | SERVICE RETURNED: Richard T Cousins(Defendant) by leaving at the last and usual on 2/15/05 |
| 02/18/2005 | 3.0 | SERVICE RETURNED: Roberta L Cousins(Defendant) by leaving at the last and usual on 2/15/05 |
| 02/18/2005 | 4.0 | Atty Eileen Ryan McAuliffe's notice of appearance for Commonwealth of Revenue and the United of America |
| 03/04/2005 | 5.0 | ANSWER: Commonwealth of Revenue and the United of America(Defendant) |
| 03/07/2005 | 6.0 | ANSWER: Richard T Cousins and Roberta L Cousins (Defendants) |
| 03/11/2005 | 7.0 | Case REMOVED this date to US District Court of Massachusetts |
| 03/11/2005 | 8.0 | SERVICE RETURNED: Commonwealth of Revenue and the United of America(Defendant) on 2/14/05 by certified mail |

**EVENTS**