UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Citimortgage

        Plaintiff,              CIVIL ACTION
                                   NO.  05-10449-PBS

    v.

Richard T. Cousins, et al
               Defendants.

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                  May 9, 2005

The Scheduling Conference previously scheduled for May 19, 2005, has been **rescheduled** to **May 18, 2005, at 4:00 p.m.**

                                  By the Court,

                                  _/s/ Robert C. Alba_
                                  Deputy Clerk

Copies to:  All Counsel

resched.ntc