UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-10449-PBS

CITIMORTGAGE, INC. F/K/A CITICORP MORTGAGE, INC.,

Plaintiff,

v.

RICHARD T. COUSINS, ROBERTA L. COUSINS, COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE AND THE UNITED STATES OF AMERICA,

Defendants.

## JOINT MOTION FOR APPROVAL OF AGREEMENT FOR JUDGMENT

Now comes the Plaintiff and Defendants and move for approval of the Agreement for Judgment attached hereto. In support of this motion, the parties state that allowance of this motion will fully and finally resolve this litigation.

Wherefore, the parties request that this motion be allowed.

CITIMORTGAGE, INC. F/K/A
CITICORP MORTGAGE, INC.,
By its Attorneys,

Raymond C. Pelote
BBO# 655475
David M. Rosen
BBO#: 552866
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
(617) 558-0500

April 29, 2005

5

                    **RICHARD. T. COUSINS AND**
                    **ROBERTA L. COUSINS,**

*Their*     By ~~its~~ Attorney,

/s/ *Michael Freedberg*
—————————————
J. Michael Freedberg
BBO# 178310
14 May Street
Salem, MA 01970
(978) ~~741-4417~~ 902-0457

6

THE UNITED STATES OF AMERICA,
By its attorney,

*[signature: Lydia Bottome Turanchik]*

Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. No. 05-10449-PBS

CITIMORTGAGE, INC. F/K/A CITICORP MORTGAGE, INC.,

    Plaintiff,

v.

RICHARD T. COUSINS, ROBERTA L. COUSINS, COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE AND THE UNITED STATES OF AMERICA,

    Defendants.

## AGREEMENT FOR JUDGMENT

1. Plaintiff is holding $55,975.94 plus interest, in surplus funds from the foreclosure sale of the property located at 137 Bray Street, Gloucester, MA.

2. Defendant, Richard T. Cousins has a valid and lawful claim to the surplus funds.

3. Defendant, Roberta L. Cousins has a valid and lawful claim to the surplus funds.

4. Defendant, The Commonwealth of Massachusetts Department of Revenue has filed a Disclaimer of Interest.

5. Defendant, The United States of America has a valid and lawful claim to the surplus funds.

Plaintiff and the Defendants have agreed to disburse the surplus funds according to the schedule set forth below.

    Distribution of the surplus funds should be as follows:

|  |  |  |
|---|---|---|
| Total Surplus Funds: |  | $ 55,975.94 |
| a) The United States of America |  | $ 27,987.97 |
| b) Roberta L. Cousins |  | $ 25,787.87 |
| c) Richard T. Cousins |  | $      0.00 |
| d) The Commonwealth of Massachusetts |  | $      0.00 |
| e) Harmon Law Offices, P.C. |  | $  2,200.10 |
| Remaining Balance after Disbursements: |  | $      0.00 |

CITIMORTGAGE, INC. F/K/A
CITICORP MORTGAGE, INC.,
By its Attorneys,

_____
Raymond C. Pelote
BBO#: 655475
David M. Rosen
BBO#: 552866
Harmon Law Offices, P.C.
150 California Street
Newton, MA 02458
(617) 558-0500

April 29, 2005

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss                                              APRIL 29, 2005

On this 29TH day of APRIL, 2005, before me, the undersigned notary public, personally appeared RAYMOND C. PELOTE, proved to me through satisfactory evidence of identification, which were PERSONAL KNOWLEDGE to be the person whose name is signed on the preceding or attached document, and acknowledged to me the he/she signed it voluntarily for its stated purpose.

_____
My commission expires  7/29/05
ERNEST H PELLETIER, JR.

(Sign and Affix Seal)
ERNEST H. PELLETIER, JR.
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES JULY 29 2005

2

RICHARD. T. COUSINS AND
ROBERTA L. COUSINS,
By its Attorney,

*/s/ J. Michael Freedberg*

J. Michael Freedberg
BBO# 178310
14 May Street
Salem, MA  01970
(978) 741-4417


COMMONWEALTH OF MASSACHUSETTS

_Essex_____, ss                    _April 21,_____, 2005

On this __21st__ day of __April__, 2005, before me, the undersigned notary public, personally appeared _J. Michael Freedberg_, proved to me through satisfactory evidence of identification, which were _drivers license_ to be the person whose name is signed on the preceding or attached document, and acknowledged to me the he/she signed it voluntarily for its stated purpose.

_____            (Sign and Affix Seal)
My commission expires __3/12/10__

3

THE UNITED STATES OF AMERICA,
By its attorney,

*Lydia Bttome Turanchik*
Lydia Bottome Turanchik
Trial Attorney, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6560

DISTRICT OF COLUMBIA

_____, ss                                    _____, 2005

On this __2ND__ day of __MAY__, 2005, before me, the undersigned notary public, personally appeared __Lydia Turanchik__, proved to me through satisfactory evidence of identification, which were __DOJ ID__ to be the person whose name is signed on the preceding or attached document, and acknowledged to me the he/she signed it voluntarily for its stated purpose.

*Helena Lawrence*                                         (Sign and Affix Seal)
My commission expires __2/14/2010__

HELENA F. LAWRENCE
Notary Public District of Columbia
My Commission Expires __2/14/2010__

4

## CERTIFICATE OF SERVICE

I, Raymond C. Pelote, hereby certify that true copies of the <u>Joint Motion for Approval for Agreement for Judgment and the Agreement for Judgment</u> were served on May 4, 2005 by mailing via first class mail, postage prepaid, to:

J. Michael Freedberg
14 May Street, Suite 1
Salem, MA  01970

Lydia Bottome Turanchik
U.S. Department of Justice
Tax Division
Ben Franklin Station
P.O. Box 55
Washington, D.C. 20044

_____
Raymond C. Pelote